UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| IRA DURANTE BENJAMIN, | No. SACV 06-0692-GHK (SH) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JAMES WALKER (Warden), | |
| Respondent. | |

    Pursuant to 28 U.S.C. Section 636, the court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections have been made. The court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and the action is dismissed with prejudice.

DATED:   1/11/15

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE