JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| IRA DURANTE BENJAMIN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES WALKER (Warden),<br><br>　　　　Respondent. | No. SA CV 06-0692-GHK (SH)<br><br>JUDGMENT |

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 1/11/15

　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE